

FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0039

MONTANANS AGAINST IRRESPONSIBLE
DENSIFICATION, LLC,

    Plaintiff and Appellee,

v.

STATE OF MONTANA,

    Defendant and Appellant.

FILED

MAR 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Dr. Andrew R. Thomas has filed an unopposed motion to file an amicus brief in the captioned matter. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and the brief is due on or before March 31, 2024.

DATED this 26 day of March, 2024.

For the Court,

_____
Chief Justice